IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JENNIFER WYHS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-00132-MAB |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on February 17, 2022, by United States Magistrate Judge Mark A. Beatty (Doc. 39), the Commissioner's final decision denying Plaintiff's application for social security disability benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Jennifer Wyhs and against Defendant Commissioner of Social Security.

DATED: February 17, 2022

                                                           **MARGARET M. ROBERTIE,**
                                                           **Clerk of Court**

                                                           BY:   /s/ *Jennifer Jones*
                                                                        **Deputy Clerk**

APPROVED:   /s/ Mark A. Beatty
                      **MARK A. BEATTY**
                      **United States Magistrate Judge**