IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JENNIFER WYHS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-00132-MAB |
| | ) |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) |
| | ) |
| **Defendant.** | |

### MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

This matter is before the Court on Plaintiff's motion to award attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), filed on May 4, 2022 (Docs. 42, 43). Plaintiff requests attorney fees in the amount of $6,091.72. *Id.* Plaintiff is not seeking any additional costs. Defendant has no objection (Doc. 43).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. §2412(d)(1)(B), in full satisfaction of any and all claims for attorney fees and expenses in this matter. The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

Plaintiff's motion to award fees and expenses pursuant to the EAJA (Doc. 42) is **GRANTED**. The Court awards Plaintiff attorney's fees and expenses in the amount of

$6,091.72 (six thousand ninety-one dollars and seventy-two cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

**DATED: June 17, 2022**

s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**